UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1

2

3

4

5   ANTONIA VERDE UGALDE,                         Case No. 24-cv-08684-NC

6           Plaintiff,                             **ORDER TO SHOW CAUSE WHY
                                                    CASE SHOULD NOT BE
7       v.                                          REMANDED TO STATE COURT
                                                    FOR LACK OF SUBJECT
8   ASINC., et al.,                                 MATTER JURISDICTION**

9           Defendants.                             Re: ECF 1

10

11          This Court orders Defendants to show cause why this case should not be remanded

12   back to state court for lack of subject matter jurisdiction.  Federal courts are courts of

13   limited jurisdiction.  *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994).

14   District courts have subject matter jurisdiction through federal question or diversity

15   jurisdiction.  28 U.S.C. §§ 1331, 1332.  Diversity jurisdiction requires complete diversity

16   of citizenship and an amount in controversy greater than $75,000.  28 U.S.C. § 1332(a).

17          Defendants claim that there is diversity of citizenship because Plaintiff resides in

18   California, Defendant Advance Services, Inc. has its principal place of business in

19   Nebraska, and Defendant Syngenta Flowers, LLC has its principal place of business in

20   Delaware.  ECF 1 ¶ 7–8.  But "for the purposes of diversity . . . an LLC is a citizen of

21   every state of which its owners/members are citizens."  *Johnson v. Columbia Props.*

22   *Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).  Without information on the citizenship

23   of Syngenta Flowers's owners/members, this Court cannot assess whether complete

24   diversity exists.

25          Accordingly, Defendants must show cause in writing by December 18, 2024, why

26   this case should not be remanded back to state court for lack of subject matter jurisdiction.

27          **IT IS SO ORDERED.**

28

United States District Court
Northern District of California

1

2     Dated:  December 4, 2024          _____

3                                           NATHANAEL M. COUSINS
                                         United States Magistrate Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California